# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                      Civil Action No. 7:15-cv-00570-KMK

JOHN DOE, subscriber assigned IP address
69.127.31.191,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 69.127.31.191. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 1, 2015

                                                      Respectfully submitted,

                                                      By:    /s/ *Jacqueline M. James*
                                                    Jacqueline M. James, Esq.
                                                    jjameslaw@optonline.net
                                                    The James Law Firm PLLC
                                                    445 Hamilton Avenue
                                                    Suite 1102
                                                    White Plains, New York 10601
                                                    Telephone: 914-358-6423

Facsimile: 914-358-6424
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James